JUDGE SWAIN   FREEMAN

08 CV 4851

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSAL SAFETY RESPONSE, INC.,

                      Plaintiff,

-against-

SECURE USA, INC., *et al.*,

                      Defendants.

08-Civ-_____ (      )

RULE 7.1 STATEMENT

RECEIVED 23 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [Formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff Universal Safety Response, Inc., ("USR") (a private non-government party), certifies that no publicly held corporation is a parent, affiliate, or subsidiary of USR.

Dated:  May 23, 2008

                      MILBANK, TWEED, HADLEY & McCLOY LLP

                      By:

                      _____ for
                      Parker H. Bagley (PB0552)
                      1 Chase Manhattan Plaza
                      New York, New York  10005
                      Tel: (212) 530-5000
                      Fax: (212) 822-5219
                      E-mail: pbagley@milbank.com

                      *Attorneys for Plaintiff*
                      *Universal Safety Response, Inc.*