AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNIVERSAL SAFETY RESPONSE, INC.,

V.

SECUREUSA, INC., and DOES 1 through 10, inclusive

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4851

JUDGE SWAIN

TO: (Name and address of Defendant)

SecureUSA, Inc.
4250 Keith Bridge Road,
Cumming, GA 30041

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Milbank, Tweed, Hadley & McCloy LLP
Parker H. Bagley
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
pbagley@milbank.com

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 3 2008

CLERK  *Catherine Lapsley*          DATE

(By) DEPUTY CLERK

**Bruno, Frank A.**

**From:** Guy T. Lytle [glytle@cmk.com]
**Sent:** Friday, July 11, 2008 4:30 PM
**To:** Bruno, Frank A.
**Subject:** RE: USR - joint report

Frank:

Per our discussion, this will serve to confirm SecureUSA's acceptance of service of the Complaint sent via email to Bevan Clark on 5/23/08. Kindly acknowledge our timely service of the Answer & Counterclaim via email this date.
Thanks.

Guy T. Lytle, Esq.
Carroll, McNulty & Kull, LLC
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300 (main phone)
(908) 848-6310 (fax)
(908) 848-1201 (direct dial)

---

**From:** Bruno, Frank A. [mailto:FBruno@milbank.com]
**Sent:** Friday, July 11, 2008 2:34 PM
**To:** Guy T. Lytle
**Subject:** USR - joint report

Guy,
Please see our updated draft - redline attached. Please call me as soon as possible to discuss.

Frank

_____
**Milbank**
**Frank A. Bruno**
fbruno@milbank.com
1 Chase Manhattan Plaza   New York, NY 10005
T. 212-530-5456  F. 212-822-5456
<<36314-01700 Joint Report (Discovery Plan)(v3).DOC>>

======================================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be**