# Certificate of Service

I hereby certify that on July 14, 2008, a true and correct copy of the foregoing "Joint Report Regarding Case Management and Discovery" was served by e-mail and first class mail on the following attorney for defendant:

> Guy T. Lytle, Esq.
> CARROLL MCNULTY KULL LLC
> 120 Mountain View Boulevard
> Basking Ridge, New Jersey 07920

_____
Frank A. Bruno

NY2:#4796225