Michael Murray (MM5996)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000
mmurray@milbank.com
*Attorneys for Plaintiff*
*Universal Safety Response, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL SAFETY RESPONSE, INC.<br>                              Plaintiff,<br><br>vs.<br><br>SECURE USA, INC., *et al*.<br>                              Defendants, | Civil Action No. 08-Civ-4851 (LTS) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Frank A. Bruno of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Plaintiff Universal Safety Response, Inc. and requests electronic notification of all filings in the above-captioned action and that all other papers be sent to the address set forth below:

> Frank A. Bruno, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> One Chase Manhattan Plaza
> New York, NY 10005-1413
> 212.530.5000
> 212.822.5219 (facsimile)
> Email: fbruno@milbank.com

Dated: July 24, 2008
        New York, New York

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By:     /s/ Frank A. Bruno
      Michael Murray (MM5996)
      Frank A. Bruno (FB6255)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
*Attorneys for Plaintiff*
*Universal Safety Response, Inc.*

## CERTIFICATE OF FILING

  I hereby certify that on July 24, 2008, this Notice of Appearance was filed through the ECF system.

                 /s/ Frank A. Bruno