## CERTIFICATE OF SERVICE

I, <u>Frank A. Bruno</u>, do hereby certify that on July 31, 2008, I caused to be served a true and correct copy of PLAINTIFF'S ANSWER TO COUNTERCLAIMS:

### By Email and Facsimile:

Guy T. Lytle
Carroll McNulty Kull LLC
120 Mountain View Boulevard
Basking Ridge, NJ 07920
Tel. 908-848-6300
Fax. 908-848-6310
glytle@cmk.com
*Attorneys for Defendant*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  Executed on July 31, 2008.

_____